UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ACADIA INSURANCE COMPANY *et al.*,

                         Plaintiffs,

          v.                                     1:23-CV-1183
                                                    (LEK/DJS)

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,

                        Defendant.
_____

## ORDER

    The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

    **WHEREFORE**, it is hereby

    **ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

    **ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

    **ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

    **IT IS SO ORDERED**.

Dated:    September 25, 2023
             Albany, New York

                                                      Daniel J. Stewart
                                                      U.S. Magistrate Judge